UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ANGEL MARTINEZ, JR., | No. C 13-0556 RS (PR) |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND;** |
| v. | |
| EDMUND G. BROWN, JR., et al., | **ORDER TERMINATING LUIS QUEZADA AS A PLAINTIFF** |
| Defendants. | |

Juan Angel Martinez and Luis Quezada bring this federal civil rights action under 42 U.S.C. § 1983. Because of the difficulties inherent in having two plaintiffs in such actions, Luis Quezada and his claims are DISMISSED from this action. If Quezada wishes to seek relief for his claims, he must file a separate civil rights action. **The Clerk shall terminate Quezada as a plaintiff in this action, and amend the docket accordingly.**

Martinez is now the **sole** plaintiff in this action. The complaint is DISMISSED with leave to amend. In his amended complaint, plaintiff Martinez may raise only those claims that relate to violations of **his** civil rights. **Plaintiff shall file an amended complaint on or before August 1, 2013.** The first amended complaint must include the caption and civil case

number used in this order (13-0556 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page.  Because an amended complaint completely replaces the previous complaints, plaintiff must include in his first amended complaint *all* the claims he wishes to present and *all* of the defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Any claims not raised in the amended complaint will be deemed waived.  Plaintiff may *not* incorporate material from the prior complaint by reference.  Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so.  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

The motion to proceed *in forma pauperis* (Docket No. 3) is DENIED as moot, the filing fee having been paid.  The Clerk shall terminate Docket No. 3 and terminate Quezada as a plaintiff in this action.

**IT IS SO ORDERED**.

DATED: June  11, 2013

_____
RICHARD SEEBORG
United States District Judge