*E-Filed 8/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ANGEL MARTINEZ, JR., | No. C 13-0556 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiff's motion to reopen the action (Docket No. 8) is GRANTED. The action is REOPENED, and the Clerk shall amend the docket accordingly. The judgment (Docket No. 6) and the order of dismissal (Docket No. 5) are VACATED. After the Court reviews the first amended complaint, it will issue an order regarding the claims raised therein. The Clerk shall terminate Docket No. 8.

**IT IS SO ORDERED**.

DATED: August 19, 2013

RICHARD SEEBORG
United States District Judge