*E-Filed 6/25/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ANGEL MARTINEZ, JR., | No. C 13-0556 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME;** |
| v. | **ORDER DENYING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an opposition to defendants' motion to dismiss (Docket No. 40) is GRANTED. His opposition shall be filed on or before September 8, 2014. His motion for the entry of default judgment (Docket No. 18) is DENIED. The Clerk shall terminate Docket Nos. 18 and 40.

**IT IS SO ORDERED**.

DATED: June 25, 2014

_____
RICHARD SEEBORG
United States District Judge